**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff(s),<br><br>vs.<br><br>BARTOW COUNTY,<br>    Defendant(s). | CIVIL ACTION FILE<br><br>NO. 4:22-cv-00232-WMR |

## J U D G M E N T

This action having come before the court, Honorable William M. Ray, II, United States District Judge, for consideration the magistrate's report and recommendation and Defendant's Motion for Summary Judgment, and the court having adopted the report and recommendation and granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Rome, Georgia, this 25th day of March, 2025.

KEVIN P. WEIMER
CLERK OF COURT

By: s/D. Burkhalter
    Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 25, 2025
Kevin P. Weimer
Clerk of Court

By: s/D. Burkhalter
        Deputy Clerk